

# Immigration and Customs Enforcement
# SACMS
# Computer Forensic Exam

Case# MS07QE06MS0009        Forensic Exam completed by
Case Agent Paul Nichols     SA Kevin Lang
SACMS Lab #MS06011          952 853-2701

CTRL Clicking on the underlined headings will open the appropriate section of the EnCase report.

Listing of devices examined

Video

Images

# Computer Analysis Report

## Computer Analysis Report

### HD201,

**Device**
Evidence Number:      HD201
File Path:            E:\MS06011\Evidence Files\HD201.E01
Examiner Name:        Lang
Actual Date:          04/28/06 01:58:55PM
Target Date:          04/28/06 01:58:55PM
Total Size:           400,088,457,216 bytes (372.6GB)
Total Sectors:        781,422,768
File Integrity:       Completely Verified, 0 Errors
EnCase Version:       4.22a
System Version:       Windows XP
Acquisition Hash:     23A09C844DEEB4692122859B15E2E09A
Verify Hash:          23A09C844DEEB4692122859B15E2E09A
Notes:                External USB drive

**Partitions**

| Code | Type | Start Sector | Total Sectors | Size |
|------|------|--------------|---------------|------|
| 07   | NTFS | 0            | 781,417,665   | 372.6GB |

**Time Zone Settings (minutes)**
Time Zone Bias:       300
Daylight Bias:        -60
Standard Bias:        0
Time Zone:            (GMT-05:00) Eastern Time (US & Canada)

# Computer Analysis Report

## HD101,

### Device

| | |
|---|---|
| Evidence Number: | HD101 |
| File Path: | E:\MS06011\Evidence Files\HD101.E01 |
| Examiner Name: | Lang |
| Actual Date: | 05/02/06 09:48:28AM |
| Target Date: | 05/02/06 09:48:28AM |
| Total Size: | 80,026,361,856 bytes (74.5GB) |
| Total Sectors: | 156,301,488 |
| File Integrity: | Completely Verified, 0 Errors |
| EnCase Version: | 4.22a |
| System Version: | Windows XP |
| Acquisition Hash: | D1E6A8F624889F8CD70BBC56DB577BA6 |
| Verify Hash: | D1E6A8F624889F8CD70BBC56DB577BA6 |
| Notes: | Dell Laptop Drive |

### Partitions

| Code | Type | Start Sector | Total Sectors | Size |
|---|---|---|---|---|
| DE | Unknown | 0 | 64,260 | 31.4MB |
| 07 | NTFS | 64,260 | 12,289,725 | 5.9GB |
| 07 | NTFS | 12,353,985 | 133,323,435 | 63.6GB |
| 07 | NTFS | 145,677,420 | 10,618,965 | 5.1GB |

### Time Zone Settings (minutes)

| | |
|---|---|
| Time Zone Bias: | 300 |
| Daylight Bias: | -60 |
| Standard Bias: | 0 |
| Time Zone: | (GMT-05:00) Eastern Time (US & Canada) |

```
Initialize Case EnScript
Extracted data on 05/02/06 01:25:16PM from case MS06011.
```

## Video

| MS06011\Video | Page 1 |
|---|---|

Name   Olga6-1.avi
Is Deleted       No
Last Accessed   03/21/06 06:37:07AM
File Created    03/21/06 06:35:51AM
Full Path       MS06011\HD201\C\250G\saved\Olga6-1.avi
..\Export\Olga6-1.avi

Name   (((Kingpass))) 11Y Camgirl.avi
Is Deleted       No
Last Accessed   03/21/06 06:41:35AM
File Created    02/01/06 10:59:13PM
Full Path       MS06011\HD201\C\250G\(((Kingpass))) 11Y Camgirl\(((Kingpass))) 11Y Camgirl.avi
..\Export\(((Kingpass))) 11Y Camgirl.avi

Name   2 (((Kingpass))) Masha - Day06.avi
Is Deleted       No
Last Accessed   03/21/06 06:43:44AM
File Created    02/01/06 10:59:25PM
Full Path       MS06011\HD201\C\250G\(((Kingpass))) Masha - Day06\2 (((Kingpass))) Masha - Day06.avi
..\Export\2 (((Kingpass))) Masha - Day06.avi

Name   Pedoland (Pthc)(Liluplanet)Dasha Debut.avi
Is Deleted       No
Last Accessed   03/21/06 06:56:43AM
File Created    02/01/06 11:43:40PM
Full Path       MS06011\HD201\C\250G\Liluplanet Dasha Debut\Pedoland (Pthc)(Liluplanet)Dasha Debut.avi
..\Export\Pedoland (Pthc)(Liluplanet)Dasha Debut.avi

Name   ___KINGPASS____DARKROB_US11.MPG
Is Deleted       No
Last Accessed   03/21/06 06:56:20AM
File Created    03/04/06 05:53:48AM
Full Path
        MS06011\HD201\C\250G\___KINGPASS____DARKROB_US11\___KINGPASS____DARKROB_US11.MPG
\Export\___KINGPASS____DARKROB_US11.MPG

Name   (((Kingpass))) Yahoo Cam Very Hott.avi
Is Deleted       No
Last Accessed   03/21/06 06:52:19AM
File Created    02/01/06 11:08:53PM
Full Path       MS06011\HD201\C\250G\6 little camgirls pthc\(((Kingpass))) Yahoo Cam Very Hott.avi
\Export\(((Kingpass))) Yahoo Cam Very Hott.avi

Name   (Kingpass) 10Y Touch Pussy Webcam 3.avi
Is Deleted       No
Last Accessed   03/21/06 06:52:27AM
File Created    02/01/06 11:08:51PM
Full Path       MS06011\HD201\C\250G\6 little camgirls pthc\(Kingpass) 10Y Touch Pussy Webcam 3.avi
\Export\(Kingpass) 10Y Touch Pussy Webcam 3.avi

Name   (((KINGPASS))) webcam PT Kidslut1.avi
Is Deleted       No
Last Accessed   03/21/06 06:52:07AM
File Created    02/01/06 11:08:43PM
Full Path       MS06011\HD201\C\250G\6 little camgirls pthc\(((KINGPASS))) webcam PT Kidslut1.avi
..\Export\(((KINGPASS))) webcam PT Kidslut1.avi

# Video

| MS06011\Video | Page 2 |
|---|---|

Name    pedoland_Babysitter_and_Girl_8yo.mpeg
Is Deleted    No
Last Accessed    03/21/06 06:52:00AM
File Created    02/02/06 12:43:00AM
Full Path    MS06011\HD201\C\250G\pedoland_Babysitter_and_Girl_8yo\pedoland_Babysitter_and_Girl_8yo.mpeg
..\Export\pedoland_Babysitter_and_Girl_8yo.mpeg

Name    Pthc Hussyfan Sasha E.avi
Is Deleted    No
Last Accessed    03/21/06 06:49:49AM
File Created    02/01/06 11:46:11PM
Full Path    MS06011\HD201\C\250G\Pthc Hussyfan Sasha E\Pthc Hussyfan Sasha E.avi
..\Export\Pthc Hussyfan Sasha E.avi

Name    tv1e.avi
Is Deleted    No
Last Accessed    03/21/06 06:50:18AM
File Created    02/01/06 11:53:11PM
Full Path    MS06011\HD201\C\250G\tv1e\tv1e.avi
..\Export\tv1e.avi

Name    tv2e.avi
Is Deleted    No
Last Accessed    03/21/06 06:50:33AM
File Created    02/01/06 07:56:47PM
Full Path    MS06011\HD201\C\250G\tv1e\tv2e.avi
..\Export\tv2e.avi

Name    [ R@ygold - PTHC - Hussyfan ] 2 14yo russian girls fuck 1 men.avi
Is Deleted    No
Last Accessed    03/21/06 06:48:46AM
File Created    02/01/06 11:34:15PM
Full Path    MS06011\HD201\C\250G\[ R@ygold - PTHC - Hussyfan ] 2 14yo russian girls fuck 1 men\[ R@ygold - PTHC - Hussyfan ] 2 14yo russian girls fuck 1 men.avi
..\Export\R@ygold - PTHC - Hussyfan 2 14yo russian girls fuck 1 men.avi

Name    9Y 11Y Girls Pedo Sex Kinder Piss Pee.mpg
Is Deleted    No
Last Accessed    03/21/06 06:44:08AM
File Created    02/01/06 11:09:16PM
Full Path    MS06011\HD201\C\250G\9Y 11Y Girls Pedo Sex Kinder Piss Pee\9Y 11Y Girls Pedo Sex Kinder Piss Pee.mpg
..\Export\9Y 11Y Girls Pedo Sex Kinder Piss Pee.mpg

Name    [□□□□] □□5□□□□□□□□□(688MB□□□ 58□s 384kbps).asf
Is Deleted    No
Last Accessed    04/16/06 12:41:21AM
File Created    03/19/06 12:35:29PM
Full Path    MS06011\HD201\C\250G\My Music\[□□□□] □□5□□□□□□□□□(688MB□□□ 58□s 384kbps).asf
..\Export\      5 — ...  (688MB    58  s 384kbps).asf

## Video

| MS06011\Video | Page 4 |
|---|---|

Name   ((hussyfan))_AD_5 - Arina-Dreams.avi
Is Deleted       No
Last Accessed   04/16/06 12:34:08AM
File Created    03/19/06 11:26:30AM
Full Path       MS06011\HD201\C\250G\My Music\((hussyfan))_AD_5 - Arina-Dreams.avi
..\Export\((hussyfan))_AD_5 - Arina-Dreams.avi

Name   ((Hussyfan)).pthc.Nadya03.avi
Is Deleted       No
Last Accessed   04/16/06 12:34:07AM
File Created    03/19/06 11:26:28AM
Full Path       MS06011\HD201\C\250G\My Music\((Hussyfan)).pthc.Nadya03.avi
..\Export\((Hussyfan)).pthc.Nadya03.avi

Name   ((Hussyfan)).mylola.info.Zoia.avi
Is Deleted       No
Last Accessed   04/16/06 12:34:07AM
File Created    03/19/06 11:26:23AM
Full Path       MS06011\HD201\C\250G\My Music\((Hussyfan)).mylola.info.Zoia.avi
..\Export\((Hussyfan)).mylola.info.Zoia.avi

Name   Xlola Xmas Arina Nelia Lesbi-4.avi
Is Deleted       No
Last Accessed   04/16/06 12:40:48AM
File Created    03/19/06 05:25:52PM
Full Path       MS06011\HD201\C\250G\My Music\Xlola Xmas Arina Nelia Lesbi-4.avi
..\Export\Xlola Xmas Arina Nelia Lesbi-4.avi

Name   xlola xmas Arina Nelia Lesbi-3.avi
Is Deleted       No
Last Accessed   04/18/06 08:39:01PM
File Created    03/19/06 05:25:45PM
Full Path       MS06011\HD201\C\250G\My Music\xlola xmas Arina Nelia Lesbi-3.avi
..\Export\xlola xmas Arina Nelia Lesbi-3.avi

Name   xlola Liza_Ulia5.avi
Is Deleted       No
Last Accessed   04/17/06 05:16:43PM
File Created    03/19/06 05:25:40PM
Full Path       MS06011\HD201\C\250G\My Music\xlola Liza_Ulia5.avi
..\Export\xlola Liza_Ulia5.avi