# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>Nobumochi Furukawa,<br>        Defendant(s). | **COURT MINUTES**<br>Case Number: 06-145(1)(DSD/AJB)<br><br>Date: May 7, 2007<br>Court Reporter: Lorilee Fink<br>Time Commenced: 9:00 a.m.<br>Time Concluded: 5:15 p.m.<br>Time in Court: 7 Hours & 15 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

Plaintiff: Michelle E. Jones & Richard Newberry, Assistant U.S. Attorneys
Defendant: Daniel L. Gerdts for  ☒ CJA

## PROCEEDINGS:

- ☒ **Jury Selection & impaneled.**
- ☒ **JURY Trial - Began**.
- ☒ Opening statements.
- ☒ Trial continued to 5/8/2007.
- ☒ Plaintiff's witnesses: Jeffrey Schmitz.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .

                                                s/Connie L. Baker
                                                Signature of Calendar Clerk