# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

Plaintiff,

v.

Nobumochi Furukawa,

Defendant(s).

**COURT MINUTES**
Case Number: 06-145(1)(DSD/AJB)

| | |
|---|---|
| Date: | May 14, 2007 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 3:20 p.m. |
| Time in Court: | 3 Hours & 10 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

Plaintiff:     Michelle E. Jones & Richard Newberry, Assistant U.S. Attorneys
Defendant:  Daniel L. Gerdts for     ☒ CJA

## PROCEEDINGS:

☒ **JURY Trial Held.**
☒ Closing arguments presented by Michelle Jones, on behalf of the government, and by Daniel Gerdts, on behalf of the defendant.
☒ Defendant's oral motion for a mistrial - denied.
☒ The Court instructed the jury according to the law.
☒ Jury received case at 11:55 a.m.

☒ Verdict Rec'd at 3:10 p.m.:
  ☒ Not Guilty as to Count 1.

## IT IS ORDERED:

☒ Clerk to file verdict.
☒ Exhibits returned to government and defense counsel.

## CLERK'S USE ONLY:

☐ Number of trial days with evidence - .

    s/Connie L. Baker
Signature of Calendar Clerk