UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-145 (DSD/AJB)

United States of America,

    Plaintiff,

v.

Nobumochi Furukawa,

    Defendant.

**VERDICT FORM**

REDACTED
RECEIVED
MAY 15 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

We, the jury, find the defendant Nobumochi Furukawa _not guilty_ of the crime charged in count 1 of the
(not guilty or guilty)
superseding indictment.

Please have your foreperson sign and date this verdict form as you have completed your deliberations.

Dated: _May 14_, 2007

_____
FOREPERSON

SCANNED
MAY 15 2007
U.S. DISTRICT COURT MPLS